IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYNALDO MARTINEZ-CASTILLO,<br><br>Defendant. | 4:13CR3081<br><br>ORDER |

Government has moved to continue the trial currently set for July 31, 2017. (Filing No. 24). As explained in the motion, a material and essential witness is not available during the current trial setting. The defendant opposes the motion to continue. Based on the showing set forth in the motion, and the representations of counsel during the hearing held today, (see Filing No. 27), the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Government's motion to continue, (Filing No. 24), is granted.

2) The trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **Tuesday**, August 22, 2017, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at commencement of trial.

3) Based upon the showing set forth in Government's motion and the representations of counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case

outweigh the interest of Defendant and the public in a speedy trial. Accordingly, the additional time arising as a result of the motion to continue, the time between July 24, 2017 and August 22, 2017, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1), h(3)(A), & (h)(7). Failing to object to this order as provided under the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

July 27, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge